# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-2721
_____

BRANDON CHAMBERS,

Appellant,

v.

TALLAHASSEE HOTEL, LLC,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 16, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian J. Lee of Morgan & Morgan, Jacksonville, for Appellant.

Samuel B. Spinner and Hinda Klein of Conroy Simberg, Hollywood, for Appellee.